1 | Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
2 | 38 Miller Avenue, #263
Mill Valley, CA 94941
3 | 415-325-5900
blgibbs@wefightpiracy.com
4
*Attorney for Plaintiff*



FILED

MAR 3 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ADR

| HARD DRIVE PRODUCTIONS, INC., | ) | Case No. C11-01566 JCS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| DOES 1-188, | ) | |
| Defendants. | ) | |

**CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that HARD DRIVE PRODUCTIONS, INC., does not have a parent corporation that owns 10% or more of its stock.

Pursuant to Northern District of California Local Rule 3-16, upon information and belief, the undersigned believes there are no known persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (other than the parties themselves) that

CORPORATE AND INTERESTED PARTY DISCLOSURE

1 may have personal or affiliated financial interest in the subject matter in controversy, or any other
2 kind of interest that could be substantially affected by the outcome of the proceeding. In other
3 words, pursuant to L.R. 3-16, the undersigned certifies that as of this date, other than the named
4 parties, there is no such interest to report.

Respectfully Submitted,

Steele Hansmeier PLLC.

DATED: March 30, 2011

By: *[signature]*

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*