# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 11-01566 JCS**

**CASE NAME:**  HARD DRIVE PRODUCTIONS, INC v. DOES 188

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 22, 2011    **TIME: 22 M** | **COURT REPORTER**: Lydia Zinn |
| **COUNSEL FOR PLAINTIFF:**  Brett L. Gibbs | **COUNSEL FOR DEFENDANT:**  No Appearance |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Pla's Ex Parte Application for Leave to Take Expedited Discovery [docket no. 6] | Denied w/o prejudice |

**ORDERED AFTER HEARING:**

**NOTES:** Mr. Gibbs has an appearance on 7/22/11 at 10:30 AM in San Jose before Judge Fogel and may be late for our hearing.

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     () Court

**CASE CONTINUED TO:**   07/22/11 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| **Motions Hearing:**     at 9:30 a.m. | | **Pretrial Conference:**     at 1:30 p.m. |
| **Trial Date:**     at 8:30 a.m.  ()Jury   ()Court     Set for     days | | |

**cc:**     Chambers; Karen
\* (T) = Telephonic Appearance