**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC,

               Plaintiff(s),

    v.

DOES 1-188,

               Defendant(s).

_____/

Case No.  11-01566 JCS

**ORDER TO FILE UNDER SEAL
INFORMATION AS TO JOHN DOES**

On June 7, 2011, Defendant John Doe filed a Motion to Quash Order Granting Plaintiff's Application for Leave to Take Discovery Prior to Rule 26(f) Conference with Extended Joinder Discussion.

IT IS HEREBY ORDERED that Plaintiff shall file Under Seal any information as to the identity and location of John Doe.

IT IS SO ORDERED.

Dated:  June 8, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge