Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1-188, )<br>)<br>Defendants. )<br>)<br>_____ ) | **No. C-11-01566 JCS**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On June 9, 2011, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that to account for delays in identifying Doe Defendants, and in light of one Doe Defendant's Motion to Quash (DKT#13), the case management currently scheduled for June 28, 2011, is continued to **Friday, November 18, 2011, at 1:30 p.m. on the 15th Floor in Courtroom A of the San Francisco Federal Court.**

DATED:_____          _____
                                                                                United States District Court Judge