Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-188,<br><br>Defendants. | No. C-11-01566 JCS<br><br>**[PROPOSED] ORDER DENYING DOE DEFENDANTS' MOTION TO QUASH SUBPOENA** |

**ORDER DENYING DOE DEFENDANT'S MOTION TO QUASH SUBPOENA**

The Court has reviewed Doe Defendant's Motion to Quash Order Granting Plaintiff's Application for Leave to Take Discovery Prior to Rule 26(f) Conference With Extended Joinder Discussion (hereinafter "Motion") (DKT#19), and Plaintiff's Opposition (DKT#24) to such. As outlined more fully Plaintiff's Opposition, Defendant's Motion has failed to meet its burden of showing that the subject subpoena should be quashed by this Court. As such, Defendant's Motion is **DENIED**.

In terms of a protective order, though not raised by Defendant, this Court has already ordered that any information disclosed to Plaintiff in response to a Rule 45 subpoena may be used by Plaintiff solely for the purpose of prosecuting this litigation. Further, Plaintiff shall file any

identifying information of this Doe Defendant under seal until this Court orders otherwise. This shall be sufficient protection for Defendant.

Third-party entities that have been, and will be, subpoenaed by Plaintiff must still carry on with gathering and supplying Plaintiff with the information requested through its Rule 45 subpoenas as fully laid out in this Court's Order Granting Plaintiff's *Ex Parte* Motion for Expedited Discovery (DKT#8).

This order disposes of Docket No. 19.

IT IS SO ORDERED.

DATED:_____                    _____
                                                                    Joseph C. Spero
                                                              United States Magistrate Judge