# EXHIBIT A

IP Address
24.4.36.6
24.4.99.20
67.169.42.209
67.180.55.140
75.80.57.109