UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.,

        Plaintiff(s),

     v.

DOES 1-188,

        Defendant(s).
_____/

CASE NO. 11-1566 JCS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

X    not yet reached an agreement to an ADR process

☐    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   <u>NOVEMBER 18, 2011</u>

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| BRETT GIBBS | HARD DRIVE PROD. | 415-341-5318 | BLGIBBS@WEFIGHTPIRACY.COM |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: <u>10-31-11</u>                                    /s/ Brett L. Gibbs, Esq.
                                                                      Attorney for Plaintiff

Dated:_____                                       _____
                                                                       Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled