1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | **No. C-11-01566 JCS** |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION OF BRETT L. GIBBS** |
| v. ) | |
| ) | |
| DOE DEFENDANT ASSOCIATED WITH ) | |
| IP ADDRESS 173.55.54.77, ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**DECLARATION OF BRETT L. GIBBS**

I, Brett L. Gibbs, declare as follows:

1.      I am an attorney at law licensed to practice in California, and admitted in the Northern District of California.  My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941.  I am counsel of record for Plaintiff in this matter.

2.      Per Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a), counsel for Plaintiff submits this Declaration to notify the Court that, despite reasonable efforts, Plaintiff's counsel was unable to obtain a Joint Case Management Conference Statement (hereinafter "Joint Statement") in this case.

3.      As lead counsel for Plaintiff, I sent numerous letters and left several voice messages with the individual Subscriber (and possible Doe Defendant) associated with Internet Protocol address 173.55.54.77 in an effort to, among other things, inform him of the upcoming hearing, and have him participate in some of the Court ordered case management processes.

4.      Despite my efforts, he failed to respond to my letters, and I could not get in touch with him.

5.      Understanding the Court's firm deadlines, I proceeded to file a Case Management Conference Statement on behalf of Plaintiff.

6.      I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true.  If called upon to testify, I can and will competently testify as set forth above.

**DATED:  November 11, 2011**

By:      ____/s/  Brett L. Gibbs,_____

DECLCARATION OF BRETT L. GIBBS          No. C-11-01566 JCS