# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 11-01566 JCS**

**CASE NAME:  HARD DRIVE PRODUCTIONS, INC v. DOES 1-188**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: November 18, 2011    **TIME: 2 M** | **COURT REPORTER**: Not Reported |
| **COUNSEL FOR PLAINTIFF:**<br>Brett Gibbs | **COUNSEL FOR DEFENDANT:**<br>No Apperance |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Case Management Conference | Held |
| 2. Motion to Serve Deposition Subpoena | GRANTED |

**ORDERED AFTER HEARING:**

Plaintiff may serve a deposition subpoena on the subscriber of the remaining DOE, without documents, for up to four (4) hours.

Updated cmc statement due 2/10/12.

**ORDER TO BE PREPARED BY:**       () Plaintiff    () Defendant    () Court

**CASE CONTINUED TO:**   2/17/12 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:   at 9:30 a.m. | | Pretrial Conference:   at 1:30 p.m. |
| Trial Date:   at 8:30 a.m.  ()Jury  ()Court   Set for   days | | |

**cc:**      Chambers; Karen
\* (T) = Telephonic Appearance